ORIGINAL

**FILED**
SEP 07 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtors

6

7

8              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10

11 In Re:                          ) Chapter 13
                                   )
12 DALJEET SINGH SIDHU             ) Case No. 08-51542 SLJ
                                   )
13 JAITEG KAUR SIDHU               ) **NOTICE OF UNCLAIMED DIVIDEND**
                                   )
14              Debtors            )
                                   )
15 _____

16 TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

17    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above
   referenced case hereby turns over to the Court, Check # 2497139 for an unclaimed dividend
18 in the amount of $5.15. The name and address of the claimant entitled to the unclaimed
   dividend is as follows;
19

20              DALJEET SINGH SIDHU
                JAITEG KAUR SIDHU
21              P O BOX 15
                SANGRUR, PUNJAB 148001
22              INDIA

23

24

25 Dated: September 02, 2011          _____
                                      DEVIN DERHAM-BURK, TRUSTEE
26

27

28